No. 32, Orig. MISSOURI *v.* NEBRASKA. Motion to dismiss per stipulation denied without prejudice to parties' filing proper motion under Rule 60 of the Rules of this Court. *Kansas* v. *Colorado,* 382 U. S. 801 (1965); see *Washington* v. *Northern Securities Co.,* 201 U. S. 651 (1906). [For earlier orders herein, see, *e. g.,* 390 U. S. 993.]

No. A–1044. HOFFMAN ET UX. *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 5th Cir. Application for stay and continuation of injunction presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.

No. A–1058. BUCK, DIRECTOR, COMMUNICATIONS AND MARKETING, CHICAGO TRANSIT AUTHORITY, ET AL. *v.* IMPEACH NIXON COMMITTEE ET AL. C. A. 7th Cir. Motion of respondents to shorten time in which to file petition for writ of certiorari denied.

No. A–1075 (73–1681). GEORGE STEINBERG & SON, INC. *v.* BUTZ, SECRETARY OF AGRICULTURE, ET AL. Application for stay of mandate of United States Court of Appeals for the Second Circuit presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.